From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. ARNOLD R. LAGGE, Defendant.

Received at State Prison 11/20/63—Burglary.

NO. 17

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on November 20, 1963, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)  Change of sentence denied.

The reason for the above decision is that this prisoner has a record of several prior convictions for robbery and rape which date back to 1955. His record at the prison indicates that he has not made good adjustment to responsibility and that the sentence should not be reduced.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. JAMES L. LANCHBURY, Defendant.

Received at State Prison 9/2/67—Armed Robbery—8 years.

NO. 40

## DECISION

The application of the above-named defendant for a review of the sentence of 8 years, imposed on September 1, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)  Change of sentence is denied.

The reason for the above decision is that this offense was one of force and violence, being Armed Robbery, and the sum taken was somewhat more than two thousand dollars. While it is true that this is a first offense, it is felt, all things considered, that the sentence is correct. He will be eligible for consideration for parole under his present sentence in the month of February, 1969.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.